UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| William Jones, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1690 (GK) |
| | ) | |
| Drug Enforcement Administration, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM

This matter, brought under the Freedom of Information Act ("FOIA), is before the Court on Defendant's renewed motion to dismiss or for summary judgment.  By Order of July 13, 2005, the Court granted summary judgment to Defendant on all issues except those pertaining to its withholding of an entire page of a two-page document.  See accompanying Memorandum Opinion at 8.  In support of the renewed motion, Defendant has presented evidence that it released to Plaintiff the previously withheld page but with redactions made pursuant to FOIA exemptions 2 and 7(C).  Plaintiff has not refuted, and has therefore conceded, Defendant's proper application of these exemptions to the redacted material described as third-party identifying codes and information.  See Supplemental Declaration of Adele H. Odegard ¶¶ 3-6.[1]  There being no remaining issues, the Court will grant Defendant's renewed motion for summary judgment and dismiss the case.  A separate Order accompanies this Memorandum.

November 9, 2005_____        /s/_____
                                                                        GLADYS KESSLER
                                                                        U.S. District Judge

---

[1] Attachment 1 to Defendant's Renewed Motion to Dismiss or, in the Alternative, for Summary Judgment.